UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CRIMINAL ACTION NO. 5:26-MJ-3063-EBA

UNITED STATES OF AMERICA,                                        PLAINTIFF,


V.                                        **ORDER**


JONATHAN O. HUFF,                                        DEFENDANT.


*** *** *** ***

The Court is advised that Defendant, Jonathan O. Huff, was arrested pursuant to a criminal complaint. Therefore,

**IT IS ORDERED** that Defendant, Jonathan O. Huff, shall appear for an initial appearance before the undesigned on **Wednesday**, **April 15, 2026**, at **10:00 A.M.** in the United States Courthouse at **FRANKFORT**, Kentucky.

Signed April 13, 2026.


Signed By:

_Edward B. Atkins_    *EBA*
**United States Magistrate Judge**